| | |
|---|---|
| 1 | CONTE C. CICALA, State Bar No. 173554 |
| | *conte.cicala@clydeco.us* |
| 2 | JEANINE S. TEDE, State Bar No. 177731 |
| | *jeanine.tede@clydeco.us* |
| 3 | CLYDE & CO US LLP |
| | 101 Second Street, 24th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 365-9800 |
| 5 | Facsimile:  (415) 365-9801 |
| 6 | Attorneys for Defendant |
| | GENERAL STEAMSHIP AGENCIES, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPT. DAVID CHAPMAN, | Case No. 3:16-cv-04887-MEJ |
| Plaintiff, | **STIPULATION TO REMAND TO STATE COURT; AND [~~PROPOSED~~] ORDER** |
| v. | |
| WATERBIRD NAVIGATION, S.A.; TOKYO MARINE ASIA PTE LTD.; MILESTONE CHEMICAL TANKERS AMERICA, INC.; TM SHIPMANAGEMENT CO., LTD; KINDER MORGAN TERMINALS, INC.; KINDER MORGAN LIQUIDS TERMINALS, LLC; WILMAR OILS & FATS (STOCKTON), LLC; GENERAL STEAMSHIP AGENCIES, INC.; TRANSMARINE NAVIGATION CORP. and DOES 1 through 45, inclusive, | |
| Defendants. | |

## STIPULATION TO REMAND ACTION TO STATE COURT

Plaintiff Captain David Chapman and Defendant General Steamship Agencies, Inc., the only parties having appeared to date in this action, hereby agree and stipulate that this case is to be remanded to state court, without prejudice to the rights of any party.

/ / /

/ / /

/ / /

2250947

Case No. 3:16-cv-04887-MEJ

STIPULATION TO REMAND TO STATE COURT

The grounds for remand are that plaintiff has agreed to dismiss General Steamship Agencies, Inc. (and another defendant, Transmarine Navigation Corporation) and has authorized the filing of a dismissal of those parties upon remand.   Based thereon, GSA no longer has a practical interest in whether this action proceeds in state or federal court, and has therefore agreed to remand, accordingly.

Dated:  August 31, 2016     CLYDE & CO US LLP

By:  /s/ *Conte C. Cicala*
Conte C. Cicala
Jeanine S. Tede
Attorneys for Defendant
GENERAL STEAMSHIP AGENCIES, INC.

Dated:  August 31, 2016     McGUINN, HILLSMAN & PALEFSKY

By:  /s/ *John R. Hillsman*
John R. Hillsman
Attorneys for Plaintiff
CAPT. DAVID CHAPMAN

**L.R. 5-l(i) ATTESTATION**

In compliance with Local Rule 5-1(i), I hereby attest that counsel for Plaintiff Capt. David Chapman has concurred in this filing.

Dated:  August 31, 2016     /s/ *Conte C. Cicala*
Conte C. Cicala

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 1, 2016

Hon. Maria-Elena James
United States Magistrate Judge

2250947                                                                       Case No. 3:16-cv-04887-MEJ
STIPULATION TO REMAND TO STATE COURT